**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,       : No. 251 WAL 2023
                                    :
Respondent                          :
                                    :
                                    : Petition for Allowance of Appeal
                                    : from the Order of the Superior Court
v.                                  :
                                    :
                                    :
EDWARD D. WILSON,                   :
                                    :
Petitioner                         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.